UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV A 00-8598 URC | Date | April 19, 2010 |
|---|---|---|---|
| Title | United States v. McDonald | | |

| Present: The Honorable | Audrey B. Collins, Chief United States District Judge | |
|---|---|---|
| Angela Bridges | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   RE:  CLAIM OF EXEMPTION (In Chambers)

     Pending before the Court is Defendant's Claim of Exemption and Financial Declaration. (Docket # 15). Those papers include an offer that the Government withhold $30 per pay period from Defendant. The Court has received a notice of non-opposition from the Government accepting that offer. (Docket # 21).  Accordingly, Defendant's claim of exemption is **GRANTED** and the Government shall limit its withholding to no more than $30 per pay period.  The Government shall implement this order within 14 days.

    **IT IS SO ORDERED.**

                                                                                                                                              :

Initials of Preparer   AB